## POLK'S LESSEE v. ROSS.

Court of Common Pleas. November, 1794.

*Wilson's Red Book, 39.*

PER CURIAM. It is a matter of course to grant the motion, and upon the CHIEF JUSTICE'S saying he was a foe to the mode of having struck juries so long, the counsel agreed to try the cause by the common jury.

## DANIEL POLK v. WILLIAM CANNON.

Court of Common Pleas. November, 1794.

*Wilson's Red Book, 39.*

PER CURIAM. No rule for filling up the blanks shall be allowed in vacation; it must be on motion. You must demur in vacation.

*N.B.* This is directly the reverse of the practice in the Supreme Court, *vide Smith v. Newbold.* At this term the Court took off several judgments which were entered, sitting the Court, and declared to Mr. Henry in presence of the rest at the bar, "No judgment for non-compliance with the rules can be taken in term time without motion."